

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2018

No. 04-18-00505-CR

Richard Alcorta **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15467
Honorable Rex Emerson, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is hereby NOTED. Time is extended to August 24, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court